**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00265-CV

**JOHN T. JENKINS, Appellant**

**V.**

**COUNSELORS LINDSAY L. LAMBERT AND CHERYL R.WORLEY, ET AL, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04402**

## ORDER

We **DENY** appellant John T. Jenkins's June 24, 2013 motion to disregard and strike appellee Lindsay L. Lambert's motion to dismiss.

/David W. Evans/

DAVID W. EVANS
JUSTICE